No. 00–7635. PARKS *v.* UNITED STATES; and

No. 00–7977. HOLLOWAY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Reported below: 234 F. 3d 1270.